UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO.: 25-51277-PMB |
| ANDRES JESUS BALSEIRO | ) | |
| | ) | CHAPTER 13 |
| DEBTOR | ) | |
| | ) | JUDGE PAUL BAISIER |
| | ) | |

**TRUSTEE'S SUPPLEMENTAL REPORT REQUESTING DISMISSAL
FOLLOWING CONFIRMATION HEARING ON JUNE 12, 2025**

At the hearing on Confirmation on June 12, 2025, the Trustee announced an agreement that the Debtor would do the following within ten (10) days: Provide Funding ($1,085.00). Upon failure of the Debtor to comply with the above, Trustee may request dismissal by filing a Supplemental Report.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND ADVISES THE FOLLOWING:**

1. Debtor failed to Provide Funding ($1,085.00).

**As the Debtor has failed to comply with the agreement, please enter an Order of Dismissal.**

Dated: June 27, 2025.

Respectfully Submitted,

/s/
Kelsey A. Makeever
GA Bar No. 371499
Attorney for Chapter 13 Trustee
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone: 678-510-1444
Fax: 678-510-1450
mail@13trusteealtanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

ANDRES JESUS BALSEIRO

DEBTOR

) CASE NO.: 25-51277-PMB
)
) CHAPTER 13
)
) JUDGE PAUL BAISIER
)

## CERTIFICATE OF SERVICE

      This is to certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Supplemental Report Requesting Dismissal using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
J. M. HELLER, ATTORNEY AT LAW, P.C.

      I further certify that on this day I caused a copy of this document to be served via first class mail, with adequate postage prepaid on the following parties set forth below at the address shown for each.

DEBTOR:

ANDRES JESUS BALSEIRO
413 SWEETGUM DRIVE
WOODSTOCK, GA 30188

Dated: June 27, 2025.

/s/
Kelsey A. Makeever
GA Bar No. 371499
Attorney for Chapter 13 Trustee
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone: 678-510-1444
Fax: 678-510-1450
mail@13trusteealtanta.com